IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>          Plaintiffs, <br><br>     v. <br><br> NETLIST, INC., <br><br>          Defendant. | C.A. No. _____ <br><br> **DEMAND FOR JURY TRIAL** |

## **MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Plaintiffs Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc. (collectively, "Samsung"), by and through their undersigned attorneys, hereby move for leave to file under seal the Complaint against Defendant Netlist, Inc. ("Netlist") and, in support thereof, state as follows:

1. Samsung's Complaint seeks a declaratory judgment of non-infringement as to U.S. Patent No. 12,308,087.

2. Samsung's Complaint cites to and relies upon communications from Netlist regarding settlement demands and offers, which Netlist has designated as confidential and not to be disclosed publicly. To the best of Samsung's knowledge, none of this information is publicly available.

3. Samsung's Complaint also cites to and relies upon confidential product information related to Samsung's High Bandwidth Memory (HBM) products. To the best of Samsung's knowledge, none of this information is publicly available.

4. Accordingly, because Netlist has designated the cited correspondence as confidential and Samsung's product information remains nonpublic, Samsung respectfully submits that good cause exists to file the Complaint under seal.

5. Attached as **Exhibit A** is a redacted public version of the Complaint.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for Leave to File the Complaint Under Seal.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Brian Nester
Peter Swanson
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000

Alice J. Ahn
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000

May 20, 2025