IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 25-626 (JLH) |

**STIPULATION AND [PROPOSED] ORDER
REGARDING FILING UNDER SEAL**

WHEREAS, Plaintiffs filed a Motion for Leave to File an Amended Complaint on July 29, 2025 (D.I. 20), which attached as exhibits a copy of Plaintiffs' proposed Amended Complaint (*id.*, Ex. A) and a redline version showing the differences between Plaintiffs' proposed Amended Complaint and their original Complaint (*id.*, Ex. B);

WHEREAS, the exhibits to the Motion cite to and rely on communications from Netlist regarding settlement demands and offers, which Netlist has designated as confidential and not to be disclosed publicly, and which, to the best of Plaintiffs' knowledge, are not publicly known;

WHEREAS, the exhibits to the Motion also cite to and rely on confidential product information concerning Samsung's High Bandwidth Memory (HBM) products, which to the best of Samsung's knowledge is not publicly known;

WHEREAS, this "material is the kind of information that courts will protect," and "disclosure will work a clearly defined and serious injury to the party seeking" to protect and seal

such information. *In re Avandia Mktg., Sales Practices, & Prods. Liability Litig.*, 924 F.3d 662, 672 (3d Cir. 2019) (citations omitted).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that good cause exists for the Motion for Leave to File an Amended Complaint (D.I. 20) to remain under seal consistent with the requirements of D. Del. LR 5.1.3 and the Court's CM/ECF Procedures, including the requirement to file a redacted version.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Karen E. Keller* |
| Rodger D. Smith II (#3778)<br>Anthony D. Raucci (#5948)<br>Ben Yenerall (#7132)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>araucci@morrisnichols.com<br>byenerall@morrisnichols.com | Karen E. Keller (#4489)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

August 11, 2025

SO ORDERED this ___ day of _____ 2025.

_____
UNITED STATES DISTRICT JUDGE