IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>    Plaintiffs, <br><br>  v. <br><br> NETLIST, INC., <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 25-626-JLH |

**<u>DEFENDANT NETLIST, INC'S RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Netlist, Inc. ("Netlist"), by and through its undersigned counsel, certifies that there is no parent corporation, and Netlist is not aware of any public corporation owning 10% or more of Netlist's stock.

*/s/ Virginia K. Lynch*
Karen E. Keller (No. 4489)
Virginia K. Lynch (No. 7423)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
glynch@shawkeller.com
*Attorneys for Defendant*

Dated: August 11, 2025