

Lindsey M. Gellar
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0717
lgellar@shawkeller.com

August 22, 2025

**BY CM/ECF & HAND DELIVERY**
The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801-3555

    Re:    *Samsung Electronics Co., Ltd. et al v. Netlist, Inc.*, C.A. No. 25-626-JLH

Dear Judge Hall,

    Pursuant to D. Del. L.R. 7.1.4, Defendant Netlist, Inc. ("Defendant") respectfully requests oral argument on Defendant's Motion to Dismiss Plaintiffs' Complaint or, in the Alternative, to Transfer (D.I. 12). Briefing on the motion is complete, and the parties' submissions may be found at Docket Items 13, 15, and 30. The reply brief was filed on August 15, 2025.

    Counsel for the Defendant respectfully requests that the Court schedule oral argument for a date after the briefing is complete on Plaintiffs' Motion for Leave to File an Amended Complaint (D.I. 20) given the overlap of issues and potential to moot Defendant's motion.

                                         Respectfully submitted,

                                         */s/ Lindsey M. Gellar*

                                         Lindsey M. Gellar (No. 7202)

cc:    Clerk of Court (by CM/ECF)
        All Counsel of Record (by CM/ECF & Email)